# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAIAH GILLIS, | Case No.: 2:25-cv-02086-APG-EJY |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 5, 6] |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant | |

In light of the amended complaint (ECF No. 18),

I ORDER that defendant Las Vegas Metropolitan Police Department's motions to dismiss and for a more definite statement **(ECF Nos. 5, 6) are DENIED as moot** because they are directed at an earlier version of the complaint.

DATED this 7th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE