UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ISAIAH GILLIS,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; MARCELL SELMON; LAN LIENG; GONZALO BORRIA; NICHOLAS ONGMAN; DARREN MCARTHUR; JOHN DOE #1; JOHN DOE #2; and LVMPD OFFICER,

Defendants.

Case No. 2:25-cv-02086-APG-EJY

**ORDER**

Pending before the Court is Plaintiff's Request for Order Directing Service by the United States Marshals Service. ECF No. 50. Plaintiff seeks discovery as it relates to the identification and contact information for unknown Doe officers. *Id.* He further requests that the United States Marshal serve the five named LVMPD officers. *Id.* The Court has reviewed the motion and finds good cause in part for Plaintiff's requests.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Order Directing Service by the United States Marshals Service (ECF No. 50) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Court grants the Motion to the extent that Plaintiff seeks service of the five identified Defendants by the United States Marshal Service.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff **five** USM-285 forms to Plaintiff who **must** complete the forms to the best of his ability, identifying service information for each Defendant. Defendant must return the completed forms no later than **October 9, 2026** to:

Marshal Schofield
U.S. Marshal, District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. S., Suite 2058
Las Vegas, Nevada 89101

Plaintiff is instruct not to file the forms on the docket.

IT IS FURTHER ORDERED that the Clerk of Court must issue a summons for each named Defendants and deliver the same, together with five copies of Plaintiff's Second Amended Complaint (ECF No. 49) and five copies copy of this Order to the U.S. Marshal Service for service on Defendants.

IT IS FURTHER ORDERED that the U.S. Marshal Service must attempt service on each Defendant **no later than twenty-one (21) days** after it receives the USM-285 forms from Plaintiff Service must include the Summons, Second Amended Complaint, and a copy of this Order.

IT IS FURTHER ORDERED that Plaintiff's Request for discovery is denied. The parties must meet and confer to discuss a discovery plan and scheduling order as it may apply to Plaintiff's Second Amended Complaint (ECF No. 49) and file the same no later than **October 30, 2026**. Later appearing Defendants, if any, will be entitled to all discovery gathered and exchanged prior to appearance and *may* seek permission to conduct additional discovery as proportionate to the needs of this case.

Dated this 25th day of September, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE