**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
ayates@maclaw.com
Attorneys for Defendants Las Vegas Metropolitan Police Department, Officer Marcell Selmon, Officer Lan Lieng, Sgt. Gonzalo Borria, Sgt. Nicholas Ongman, and Sgt. Darren McArthur

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISAIAH GILLIS,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOHN DOE #1, an LVMPD Officer; OFFICER MARCELL SELMON, P#18941; OFFICER LAN LIENG, P#18928; SERGEANT GONZALO BORRIA, P#15640; SERGEANT NICHOLAS ONGMAN, P#14963; SERGEANT DARREN MCARTHUR, P#7743; and JOHN DOE #3, an LVMPD Officer,<br><br>Defendants. | Case Number:<br>2:25-cv-02086-APG-EJY<br><br>**[JOINT DISCOVERY PLAN AND SCHEDULING ORDER [SPECIAL SCHEDULING REVIEW REQUESTED]** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(e), Plaintiff Isaiah Gillis, *in proper person* ("Plaintiff") and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer Marcell Selmon ("Ofc. Selmon"), Officer Lan Lieng ("Ofc. Lieng"), Sgt. Gonzalo Borria ("Sgt. Borria"), Sgt. Nicholas Ongman ("Sgt. Ongman") and Sgt. Darren McArthur ("Sgt. McArthur") (hereinafter "LVMPD Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., with the law firm of Marquis Aurbach, hereby submit the following stipulated Discovery Plan and Scheduling Order. The Parties met and conferred on October 30, 2026 pursuant to the Court's Order [ECF No. 51].

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**I. INFORMATION PURSUANT TO FRCP 26(F):**

1. Plaintiff Isaiah Gillis filed his Complaint with the District Court, Clark County, Nevada (A-25-924680-C) on July 31, 2025.

2. LVMPD filed its Notice of Removal [ECF No. 1] on October 27, 2025.

3. LVMPD filed its Motion to Dismiss [ECF No. 5] on November 10, 2025.

4. LVMPD filed its Motion for a More Definite Statement [ECF No. 6] on November 10, 2025.

5. Plaintiff filed his Opposition to LVMPD's Motion to Dismiss, or Alternatively, Motion for a More Definite Statement [ECF No. 9] on November 18, 2025.

6. LVMPD filed its Reply in Support of Motion to Dismiss [ECF No. 13] on November 25, 2025.

7. LVMPD filed its Reply in Support of Motion for a More Definite Statement [ECF No. 14] on November 25, 2025.

8. Plaintiff Isaiah Gillis filed his Amended Complaint [ECF No. 18] with the United States District Court, State of Nevada (2:25-cv-02086-APG-EJY) on December 1, 2025.

9. LVMPD filed its Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 19] on December 15, 2025.

10. LVMPD filed its Motion for a More Definite Statement regarding Plaintiff's Amended Complaint [ECF No. 20] on December 15, 2025.

11. Plaintiff filed his Opposition to LVMPD's Motion to Dismiss [ECF No. 23] on December 16, 2025.

12. LVMPD filed its Reply in Support of Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 24] on December 23, 2025.

13. Plaintiff Isaiah Gillis filed his Motion to Dismiss and Strike Defendant's Motion to Dismiss [ECF No. 25] on December 29, 2025.

14. Plaintiff Isaiah Gillis filed his Motion to Compel [ECF No. 26] on December 29, 2025.

15. On December 31, 2025, the Court entered a Minute Order [ECF No. 28] bringing attention the parties have not held the mandatory discovery conference under Rule 26(f). The Court further denied the Plaintiff's Motion to Compel [ECF No. 26] without prejudice as premature.

16. LVMPD filed its Opposition to Plaintiff's Motion to Dismiss and Strike Defendant's Motion to Dismiss [ECF No. 30] on January 12, 2025.

17. The parties held an FRCP 26.1 conference on January 12, 2026.

18. The parties submitted a proposed discovery plan and scheduling order [ECF No. 31] on January 30, 2026.

19. The Court ordered the discovery plan and scheduling order to be submitted [ECF No. 32] on January 30, 2026.

20. LVMPD moved to extend the Discovery Plan and Scheduling Order [ECF No. 36] on July 29, 2026.

21. The Court granted LVMPD's motion and extended the end of the discovery period to October 5, 2026 [ECF No. 39] on August 4, 2026. The Court further ordered the parties to 1) file a joint status report no later than August 25, 2026, and 2) appear at an in-person status hearing [*Id.*] on September 15, 2026.

22. The parties filed their joint status report [ECF No. 43] on August 25, 2026.

23. On August 31, 2026, the Court granted LVMPD's Motion to Dismiss the Plaintiff's Amended Complaint with leave to amend [ECF No. 44] on or before September 28, 2026. The Court denied all other pending motions [*Id*].

24. The Court then issued a Minute Order vacating the scheduled September 15, 2026 status hearing [ECF No. 48].

25. Plaintiff filed his Second Amended Complaint [ECF No. 49] on September 14, 2026.

26. On September 25, 2026, the Court issued an Order directing the parties to meet and confer to discuss a discovery plan and scheduling order, and file the same, no later than October 30, 2026 [ECF No. 51].

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

27. The LVMPD Defendants moved to dismiss the Plaintiff's Second Amended Complaint [ECF No. 53] on September 28, 2026.

28. The Plaintiff opposed the LVMPD Defendants' motion [ECF No. 56] on September 30, 2026.

29. The LVMPD Defendants replied in support of their dismissal motion [ECF No. 58] on October 7, 2026.

30. The parties submit that no changes to the timing, form, or requirement for Rule 26(a) disclosures are necessary. LVMPD served its initial FRCP 26.1 Disclosures on February 6, 2026. Plaintiff served his initial FRCP 26.1 Disclosures on June 20, 2026.

31. The parties agree that discovery in this matter has been substantially completed. Discovery initially opened on January 12, 2026, when the parties met and conferred regarding the initial Joint Discovery Plan and Scheduling Order [ECF No. 32 at 1]. Therefore, the parties believe that truncated scheduling for additional discovery is appropriate.[1]

32. Discovery may be conducted on all matters relevant to the issues raised by the pleadings and all matters otherwise within the scope of Rule 26(b)(1) and not protected from disclosure.

33. The Parties agree that entering this stipulation waives no rights, including but not limited to the right to seek an extension to or a stay of discovery if supported by law and if the Court grants any such motion or stipulation.

34. Generally, the deadlines outlined below are calculated based on the date the first defendant answers or appears. LR 26-1(b)(1). Due to the circumstances here, namely that discovery is proceeding following the Court's dismissal of Plaintiff's First Amended Complaint and the filing of Plaintiff's Second Amended Complaint, the parties agree and

[1] The parties believe special scheduling review is necessary here because the proposed deadlines are not within the 180-day discovery period from the date the first Defendant, LVMPD, appeared. *See* LR 26-1(a)-(b).

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

request that the deadlines be calculated 90 days from the date the parties initiated written communications regarding this Proposed Scheduling Order on October 17, 2026.

35. Aside from the instant proposed Scheduling Order, no orders are requested to be entered pursuant to FRCP 16(b), 16(c) or 26(c) at this time.

## II. INFORMATION PURSUANT TO LOCAL RULE 26-1(E).

### 1. Discovery Cutoff Date:

In accordance with Local Rule 26-1(b)(1), the first Defendant appeared in this Court on October 27, 2025. The number of days requested for discovery from that date is 445 days. The last day of discovery shall be **January 15, 2027.**[2]

### 2. Deadline to Amend Pleadings or Add Parties:

In Accordance with Local Rule 26-1(b)(2), the deadline to amend pleadings and add parties was **October 19, 2026** and has passed.

### 3. Experts:

In accordance with Local Rule 26-1(b)(3), the last day for disclosures as required by FRCP 26(a)(2)(c) concerning experts shall be **November 16, 2026.** The last day for disclosures concerning rebuttal experts shall be **December 16, 2026.**

### 4. Dispositive Motions:

In accordance with Local Rule 26-1(b)(4), the last day for filing dispositive motions including, but not limited to motions for summary judgment, shall be **February 16, 2027.**

### 5. Pretrial Order:

In accordance with Local Rule 26-1(b)(5), the last day to file a Joint Pretrial Order, including any disclosures pursuant to FRCP 26(a)(3), shall be **March 18, 2027.** In the event dispositive motions are filed, the date for filing the Joint Pretrial Conference shall be suspended until thirty (30) days after decision on the dispositive motion or upon further Order by the Court extending the time period in which to file the Joint Pretrial Order.

[2] The parties direct the court to ¶34 above for the rationale behind this date.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**6. FRCP 26(a) Disclosures:**

Pursuant to FRCP Rule 26(a)(3), the newly added parties will make their discovery disclosures, including but not limited to any computation of damages required pursuant to FRCP 26(a)(i)(A)(iii), by **November 13, 2026**.

**7. Alternative Dispute Resolution:**

The parties were able to meet and confer about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. The Plaintiff has requested that the Parties seek to mediate this matter. However, LVMPD is not amendable to Alternative Dispute Resolution/Magistrate Judge at this time.

**8. Alternative Forms of Case Disposition:**

The parties discussed consent to trial by a magistrate judge under 28 U.S.C. section 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The Parties **do not** consent to trial by a magistrate judge or use of the Short Trial Program. LVMPD are not amendable to Alternative Dispute Resolution/Magistrate Judge.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**9. Electronic Evidence:**

At this time, the parties agree to maintain all electronically stored evidence. Electronically stored information will be produced in compliance with FRCP 34(b)(2)(E).

Dated this 30th day of October, 2026.

By: /s/ Isaiah Gillis
Isaiah Gillis
8635 W. Sahara Avenue, #3107
Las Vegas, Nevada 89117
*Plaintiff, in Proper Person*

Dated this 30th day of October, 2026.

MARQUIS AURBACH

By: /s/ Andrew Yates
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas Metropolitan Police Department, Officer Marcell Selmon, Officer Lan Lieng, Sgt. Gonzalo Borria, Sgt. Nicholas Ongman, and Sgt. Darren McArthur

**ORDER**

IT IS SO ORDERED this 31st day of October, 2026.

[signature]
United States Magistrate Judge

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816